IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| KEN ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 3:15CV00739 |
| IMMIGRATION CENTER OF AMERICA, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT IMMIGRATION CENTER OF AMERICA, LLC'S MOTION TO FILE UNDER SEAL ITS FINANCIAL INTEREST DISCLOSURE

Pursuant to Eastern District of Virginia Local Rules 5(C) and 5(D), Defendant Immigration Center of America, LLC ("ICA") respectfully moves the Court to file under seal its Financial Interest Disclosure. A copy of ICA's Financial Interest Disclosure has been submitted to the Clerk's Office in a sealed envelope marked as such. In support of this Motion, ICA files herewith a Memorandum in Support and a Proposed Order in accordance with E.D. Va. Loc. R. 5(C).

ICA waives oral argument on this Motion and submits the matter for the Court's consideration on the papers.

Respectfully submitted,

Edward E. Bagnell, Jr. (VSB No. 74647)
ebagnell@spottsfain.com
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
Spotts Fain, P.C.
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2044 (phone)
(804) 697-2144 (fax)

*Counsel for Defendant Immigration Center of America, LLC*

*Counsel for Defendant Immigration Center of America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2015, I sent a copy of the foregoing by U.S. Mail to Plaintiff at the following addresses:

Ken Roberts
#A018811318
P.O. Box N
Farmville, VA 23901

Ken Roberts
#A018811318
9320 Merrimac Trail
Williamsburg, VA 23185

John M. Erbach (VSB # 76695)
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

3